ORIGINAL

FILED

03/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0505

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0505

IN RE THE ADOPTION OF:

L.E.R.G., A Minor Child.

NATHAN SCOTT KUFNER,

Petitioner and Appellee,

v.

JUSTIN A. SHIELDS, Father,

Respondent and Appellant,

and

TINA WOLFORD,

Intervener and Appellant.

FILED

MAR 0 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

On December 7, 2021, Appellant Tina Wolford filed a motion requesting an extension of time within which to file her opening brief. The Court granted her an additional 30 days. On January 7, 2022, the Court rejected Appellant's brief, which she filed jointly with her son, Justin Shields, for noncompliance with the Montana Rules of Appellate Procedure. The Court gave Appellants 10 days to re-file their opening brief.

On January 14, 2022, Appellants filed a second motion for a 30-day extension, indicating that they had not yet received the initial briefs from the Clerk of Court. The Court granted Appellants until February 28, 2002, to file a compliant opening brief with this Court. The Order stated: "Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice."

On March 3, 2022, Appellant resubmitted the opening brief, which was again noncompliant. More to the point, the brief was not filed within the time granted by the

Court, and Appellant did not seek an extension despite this Court specifically admonishing Appellant that failure to file a brief within the time allowed would result in dismissal with prejudice and without further notice.

IT IS ORDERED that Appellants' appeal is hereby DISMISSED with prejudice for failure to comply with M. R. App. P. 13 and this Court's previous Order.

The Clerk is directed to provide a copy of this Order to the Appellants and to all parties of record.

DATED this __8__ day of March, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices